**UNITED STATES Of America, Plaintiff–Appellant,**

v.

**Val JOHNSON, Defendant–Appellee.**

**No. 11–10201.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 11, 2012.

Filed Oct. 5, 2012.

Before: WALLACE, THOMAS, and BERZON, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**234**

## MEMORANDUM *

The United States appeals from the sentence imposed by the district court order denying forfeiture. We have jurisdiction under 28 U.S.C. § 1291. We vacate the district court's sentence and remand for further proceedings consistent with *United States v. Newman,* 659 F.3d 1235 (9th Cir.2011).

Under *Newman,* the district court had no discretion to reduce or eliminate forfeiture. *Id.* at 1240. However, if the district court determines there is reason to question the accuracy of the stipulated forfeiture amount, it should take evidence of the amount of the proceeds. *See id.* at 1245–46.

Though decided after the district court entered its sentence, *Newman* did not announce a new constitutional rule of criminal procedure, and therefore is not barred from retroactive application under *Teague v. Lane,* 489 U.S. 288, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989). *See Reina–Rodriguez v. United States,* 655 F.3d 1182, 1187 (9th Cir.2011).

Johnson waived any Eighth Amendment challenge to his forfeiture amount in his plea memorandum. *See United States v. Joyce,* 357 F.3d 921, 922 (9th Cir.2004).

Sentence **VACATED** and action **RE-MANDED.**

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The Honorable Morris S. Arnold, Senior Circuit Judge for the Eighth Circuit, sitting by designation.